# United States Bankruptcy Court
## District of Arizona

IN RE:                                                                      Case No. _____

EVANS, GREGORY ANTHONY & EVANS, ROXANE RANEE      Chapter **13**
Debtor(s)

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **2** sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.

Date: **February 22, 2011**      Signature: **/s/ GREGORY ANTHONY EVANS**
GREGORY ANTHONY EVANS      Debtor

Date: **February 22, 2011**      Signature: **/s/ ROXANE RANEE EVANS**
ROXANE RANEE EVANS      Joint Debtor, if any

Date: **February 22, 2011**      Signature: **/s/ Joseph C. McDaniel**
Joseph C. McDaniel 006400      Attorney (if applicable)

EVANS, GREGORY ANTHONY

ARIZONA DEPARTMENT OF REVENUE
ATTN: COLLECTIONS DEPT/LEVY DEPT
PO BOX 29070
PHOENIX AZ   85038-9070

COUNTRYWIDE
PO BOX 10219
VAN NUYS CA   91410-0219

HINES PROPERTY MANAGEMENT
40 N CENTRAL AVE STE 20013
PHOENIX AZ   85004

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA   19101-7346

JAMES F KAHN PC
301 EAST BETHANY HOME ROAD SUITE C-195
PHOENIX AZ   85012

JOSEPH C MCDANIEL PC
6245 N 24TH PARKWAY SUITE 112
PHOENIX AZ   85016

ROBERT A MACKENZIE
2025 N 3RD ST SUITE 157
PHOENIX AZ   85004

STATE FARM
ONE STATE FARM PLAZA
BLOOMINGTON IL   61710

STATE FARM BANK
PO BOX 3298
MILWAUKEE WI   53201-3298

SUNLAND CREDIT UNION
PO BOX 7609
LAFAYETTE IN   47903-7609

EVANS, GREGORY ANTHONY

TERRY DAKE
11811 N TATUM BLVD SUITE 3031
PHOENIX AZ  85028