**United States Bankruptcy Court**
**District of Arizona**

IN RE:                                                                                                              Case No. **2:11-bk-03734-SSC**

**EVANS, GREGORY ANTHONY & EVANS, ROXANE RANEE**       Chapter **13**

Debtor(s)

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **3** sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.

Date: **March 1, 2011**        Signature: */s/ GREGORY ANTHONY EVANS*
                                                  **GREGORY ANTHONY EVANS**        Debtor

Date: **March 1, 2011**        Signature: */s/ ROXANE RANEE EVANS*
                                                  **ROXANE RANEE EVANS**        Joint Debtor, if any

Date: **March 1, 2011**        Signature: */s/ Joseph C. McDaniel*
                                                  **Joseph C. McDaniel 006400**        Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
ALLERGY DERMATOLOGY SPECIALISTS
14510 W SHUMWAY DR SUITE 101
SUN CITY WEST AZ   85375


APRAJIT NAKRA DPM PC
PO BOX 1259 DEPT 21878
OAKS PA   19456


ARIZONA DEPARTMENT OF REVENUE
ATTN: COLLECTIONS DEPT/LEVY DEPT
PO BOX 29070
PHOENIX AZ   85038-9070


ARIZONA UROLOGY
DEPT CODE 902 PO BOX 52004
PHOENIX AZ   85072


AZ DIGESTIVE HEALTH
DEPT 971 PO BOX 52001
PHOENIX AZ   85072


COUNTRYWIDE
PO BOX 10219
VAN NUYS CA   91410-0219


EAST VALLEY DIAGNOSTIC IMAGING
PO BOX 98311
PHOENIX AZ   85038-0311


FOOTHILLS SPORTS MEDICINE & REHABILITATI
15410 S MOUNTAIN PKWY STE 112
PHOENIX AZ   85044


GRINNELL LAW FIRM
15211 NE 90TH ST
REDMOND WA   98052


HINES PROPERTY MANAGEMENT
40 N CENTRAL AVE STE 20013
PHOENIX AZ   85004
```

EVANS, GREGORY ANTHONY                                      2:11-bk-


HSBC SERVICES
PO BOX 60107
CITY OF INDUSTRY CA   91716-0107


INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA   19101-7346


JAMES F KAHN PC
301 EAST BETHANY HOME ROAD SUITE C-195
PHOENIX AZ   85012


LAB CORP
PO BOX 2240
BURLINGTON NC   27216-2240


RAINBOW PEDIATRICS
DUANE WOOTEN
301 W MCDOWELL RD
PHOENIX AZ   85003


ROBERT A MACKENZIE
2025 N 3RD ST SUITE 157
PHOENIX AZ   85004


STATE FARM
ONE STATE FARM PLAZA
BLOOMINGTON IL   61710


STATE FARM BANK
PO BOX 3298
MILWAUKEE WI   53201-3298


SUNLAND CREDIT UNION
PO BOX 7609
LAFAYETTE IN   47903-7609


TERRY DAKE
11811 N TATUM BLVD SUITE 3031
PHOENIX AZ   85028

```
EVANS, GREGORY ANTHONY                                              2:11-bk-

THOMAS FIEL
1840 E BASELINE RD
TEMPE AZ  85283
```

```
EVANS, GREGORY ANTHONY                                              2:11-bk-

THOMAS FIEL
1840 E BASELINE RD
TEMPE AZ  85283
```