# Notice Recipients

District/Off: 0970–2            User: schriste            Date Created: 3/2/2011
Case: 2:11–bk–03734–SSC         Form ID: nch13pln         Total: 48


**Recipients of Notice of Electronic Filing:**
tr        RUSSELL BROWN
aty       JOSEPH C. MCDANIEL          joseph.mcdaniel@azbar.org

                                                                    TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        GREGORY ANTHONY EVANS        15019 S. 6TH PLACE        PHOENIX, AZ 85048
jdb       ROXANE RANEE EVANS        15019 S. 6TH PLACE        PHOENIX, AZ 85048
smg       AZ DEPARTMENT OF REVENUE        BANKRUPTCY &LITIGATION        1600 W. MONROE, 7TH
          FL.        PHOENIX, AZ 85007–2650
10149743  ALLERGY DERMATOLOGY SPECIALISTS        14510 W SHUMWAY DR SUITE 101        SUN CITY WEST
          AZ 85375
10149826  ALLERGY DERMATOLOGY SPECIALISTS        14510 W SHUMWAY DR. SUITE 101        SUN CITY
          WEST, AZ 85375
10149744  APRAJIT NAKRA DPM PC        PO BOX 1259 DEPT 21878        OAKS PA 19456
10149827  APRAJIT NAKRA DPM PC        PO BOX 1259 DEPT 21878        OAKS, PA 19456
10149828  ARIZONA DEPARTMENT OF REVENUE        Attn: COLLECTIONS DEPT/LEVY DEPT        PO BOX
          29070        PHOENIX, AZ 85038–9070
10126852  ARIZONA DEPARTMENT OF REVENUE        SPECIAL OPERATIONS UNIT        1600 W. MONROE 7TH
          FLOOR        PHOENIX, AZ 85007
10149745  ARIZONA UROLOGY        DEPT CODE 902 PO BOX 52004        PHOENIX AZ 85072
10149829  ARIZONA UROLOGY        DEPT CODE 902 PO BOX 52004        PHOENIX, AZ 85072
10149746  AZ DIGESTIVE HEALTH        DEPT 971 PO BOX 52001        PHOENIX AZ 85072
10149830  AZ DIGESTIVE HEALTH        DEPT 971 PO BOX 52001        PHOENIX, AZ 85072
10126853  COUNTRYWIDE        PO BOX 10219        VAN NUYS, CA 91410–0219
10149831  COUNTRYWIDE        PO BOX 10219        VAN NUYS, CA 91410–0219
10149751  DUANE WOOTEN        301 W MCDOWELL RD        PHOENIX AZ 85003
10149747  EAST VALLEY DIAGNOSTIC IMAGING        PO BOX 98311        PHOENIX AZ 85038–0311
10149832  EAST VALLEY DIAGNOSTIC IMAGING        PO BOX 98311        PHOENIX, AZ 85038–0311
10149748  FOOTHILLS SPORTS MEDICINE &REHABILITATI        15410 S MOUNTAIN PKWY STE
          112        PHOENIX AZ 85044
10149833  FOOTHILLS SPORTS MEDICINE &REHABILITATI        15410 S MOUNTAIN PKWY STE
          112        PHOENIX, AZ 85044
10149749  GRINNELL LAW FIRM        15211 NE 90TH ST        REDMOND WA 98052
10149834  Grinnell Law Firm        15211 NE 90th St        Redmond, WA 98052
10126854  HINES PROPERTY MANAGEMENT        40 N. Central Ave., Ste 20013        PHOENIX, AZ 85004
10149835  HINES PROPERTY MANAGEMENT        40 N. Central Ave., Ste 20013        PHOENIX, AZ 85004
10149753  HSBC SERVICES        PO BOX 60107        CITY OF INDUSTRY CA 91716–0107
10149836  HSBC SERVICES        PO BOX 60107        CITY OF INDUSTRY, CA 91716–0107
10126855  INTERNAL REVENUE SERVICE        POB 7346        PHILADELPHIA, PA 19101–7346
10149837  INTERNAL REVENUE SERVICE        POB 7346        PHILADELPHIA, PA 19101–7346
10126856  JAMES F. KAHN, PC        301 East Bethany Home Road, Suite C–195        Phoenix, AZ 85012
10149838  JAMES F. KAHN, PC        301 East Bethany Home Road, Suite C–195        Phoenix, AZ 85012
10126857  JOSEPH C. MCDANIEL, P.C.        6245 N. 24TH PARKWAY SUITE 112        PHOENIX, AZ 85016
10149750  LAB CORP        PO BOX 2240        BURLINGTON NC 27216–2240        RAINBOW PEDIATRICS
10149839  LAB CORP        PO BOX 2240        BURLINGTON, NC 27216–2240
10149840  RAINBOW PEDIATRICS        DUANE WOOTEN        301 W. MCDOWELL RD        PHOENIX, AZ
          85003
10126858  ROBERT A. MACKENZIE        2025 N. 3rd St., Suite 157        PHOENIX, AZ 85004
10149841  ROBERT A. MACKENZIE        2025 N. 3rd St., Suite 157        PHOENIX, AZ 85004
10126859  STATE FARM        One State Farm Plaza        Bloomington, IL 61710
10149842  STATE FARM        One State Farm Plaza        Bloomington, IL 61710
10126860  STATE FARM BANK        PO BOX 3298        MILWAUKEE, WI 53201–3298
10149843  STATE FARM BANK        PO BOX 3298        MILWAUKEE, WI 53201–3298
10126861  SUNLAND CREDIT UNION        PO BOX 7609        LAFAYETTE, IN 47903–7609
10149844  SUNLAND CREDIT UNION        PO BOX 7609        LAFAYETTE, IN 47903–7609
10126862  TERRY DAKE        11811 N TATUM BLVD SUITE 3031        PHOENIX, AZ 85028
10149845  TERRY DAKE        11811 N TATUM BLVD SUITE 3031        PHOENIX, AZ 85028
10149752  THOMAS FIEL        1840 E BASELINE RD        TEMPE AZ 85283
10149846  THOMAS FIEL        1840 E. BASELINE RD        TEMPE, AZ 85283

                                                                    TOTAL: 46