Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for HINES TWO RENAISSANCE SQUARE LP

Arturo A. Thompson, Esq. (#025070)
arturo.thompson@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GREGORY ANTHONY EVANS AND ROXANE RANEE EVANS,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:11-bk-03734-SSC<br><br>**LIMTED OBJECTION OF HINES TWO RENAISSANCE SQUARE LP TO CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES AND STATEMENT OF POSITION** |

This Limited Objection and Statement of Position (the "Limited Objection") is filed by HINES TWO RENAISSANCE SQUARE LP ("Hines"), a creditor and party-in-interest in the above captioned Chapter 13 case of GREGORY ANTHONY EVANS AND ROXANE RANEE EVANS ("Debtors"). Hines objects, on a limited basis, to the "Chapter 13 Plan and Application for Payment of Administrative Expenses" [Docket No. 17] (the "Plan") filed by the Debtors on March 1, 2011. Specifically, Hines objects to the Debtors' assumption of a purported Business Office Lease (the "Lease Agreement") under the Plan. The Debtors identify Hines as the landlord to the Lease Agreement. Hines is unaware of any existing Lease Agreement with the Debtors.

After the filing of the Plan, counsel for Hines contacted Debtors' counsel and requested additional information regarding the Lease Agreement, and Debtors purported

QB\132100.00002\12884028.1

assumption thereof. Despite repeated attempts, Hines has been unable to obtain an answer from Debtors' counsel regarding the nature of the Lease Agreement purportedly assumed in the Plan, including any terms and conditions related thereto. Pursuant to 11 U.S.C. § 1322(a)(7), the Plan must comply with the terms of 11 U.S.C. § 365 with respect to the assumption of unexpired leases. However, because the terms of the Lease Agreement are unknown, neither Hines nor the Court can determine if the Debtors have complied with the requirements of the Bankruptcy Code, including 11 U.S.C. § 365. Under 11 U.S.C. § 1325, the Plan may not be confirmed unless it complies with all applicable provisions of the Bankruptcy Code. Thus, without clarification from the Debtors, the Court should not confirm the Plan.

Accordingly, Hines files this Limited Objection to preserve its rights, and hereby objects to confirmation of the Plan. Hines further objects to the assumption of the Lease Agreement, and any other action by the Debtors that may affect the rights of Hines, unless and until the terms of the Lease Agreement are revealed and Hines is given the opportunity to respond accordingly.

WHEREFORE, Hines requests the Court enter an order denying confirmation of the Plan; directing that all of Hines' rights with respect to the Debtors are preserved pending resolution of the matters raised in this Limited Objection; and granting Hines such further relief as the Court deems just and proper under the facts of this case.

RESPECTFULLY SUBMITTED this 25th day of March, 2011.

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ Arturo A. Thompson
    Arturo A. Thompson

Attorneys for HINES TWO RENAISSANCE SQUARE LP

COPIES of the foregoing sent via
e-mail or first-class U.S. mail this
25th day of March, 2011, to:

Gregory Anthony Evans
Roxane Ranee Evans
15019 S. 6th Place
Phoenix, AZ 85048
Debtors

Joseph H. McDaniel
Joseph H. McDaniel PC
6245 N. 24th Parkway, Suite 112
Phoenix, AZ 85016
Email: joseph.mcdaniel@azbar.org
Attorneys for Debtors

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012-1965
Chapter 13 Trustee
Email: mail@ch13bk.com

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: USTPRegion14.PX.ECF@USDOJ.GOV


/s/ Sybil Taylor Aytch