DENNIS K. BURKE
United States Attorney
District of Arizona

ANNE W. DURNING
Special Assistant United States Attorney
Bar No. 009966
4041 N. Central Ave., STE 112
M/S 2200PX
Phoenix, AZ 85012-5000
Telephone: (602) 636-9600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| GREGORY ANTHONY EVANS, | ) Case No. 2:11-bk-03734-SSC |
| SSN: XXX-XX-8887, and | ) |
| | ) |
| ROXANE RANEE EVANS, | ) |
| SSN: XXX-XX-9146, | ) |
| | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |

---

**OBJECTION OF THE UNITED STATES TO**
**CONFIRMATION OF CHAPTER 13 PLAN**
---

Creditor United States of America (IRS), by and through the undersigned Special Assistant United States Attorney for the District of Arizona, hereby files its objection to the debtors' proposed Chapter 13 Plan, in support of which it is shown unto the Court as follows:

1. The debtors have an outstanding tax liability as reflected on the IRS Proof of Claim, a copy of which is attached hereto as Exhibit A.

2. The tax liability has been estimated by the IRS because the debtors have failed to a file federal tax return for the following period:

| Periods | Type of Returns |
|---|---|
| 3/31/2005 | Form 941 |
| 6/30/2005 | Form 941 |
| 9/30/2005 | Form 941 |
| 12/31/2005 | Form 941 |
| 3/31/2006 | Form 941 |
| 6/30/2006 | Form 941 |
| 9/30/2006 | Form 941 |
| 12/31/2006 | Form 941 |
| 3/31/2007 | Form 941 |
| 6/30/2007 | Form 941 |
| 9/30/2007 | Form 941 |
| 12/31/2007 | Form 941 |
| 3/31/2008 | Form 941 |
| 6/30/2008 | Form 941 |
| 9/30/2008 | Form 941 |
| 12/31/2008 | Form 941 |
| 3/31/2009 | Form 941 |
| 6/30/2009 | Form 941 |
| 9/30/2009 | Form 941 |
| 12/31/2009 | Form 941 |
| 3/31/2010 | Form 941 |
| 6/30/2010 | Form 941 |
| 9/30/2010 | Form 941 |
| 12/31/2010 | Form 941 |
| 3/31/2011 | Form 941 |
| 2009 | Form 1040 |
| 2010 | Form 1040 |

3. Because the debtors' tax returns are unfiled, the Court is unable to confirm this plan under the provisions of 11 U.S.C. §§ 1308 and 1325(a)(9).

4. Once the above-mentioned tax liabilities have been determined, the IRS will be able to ascertain if further objections to this plan are warranted.

5. Debtors' plan fails to provide for the IRS secured tax claim to the extent of the debtors' equity in real and personal

property. From a review of debtors' schedules, they have equity in property to satisfy the IRS secured claim in a greater amount than the plan provides. 11 U.S.C. § 506(a).

6.  The rate of interest on the IRS secured claim should be the statutory rate under I.R.C. § 6621 in effect during the month the plan is confirmed. 11 U.S.C. § 511.

7.  Debtors' plan fails to provide for full payment of all periods of the IRS priority tax claim as required under the provisions of 11 U.S.C. § 1322(a)(2).

8.  The IRS is not required to release its lien on non-dischargeable tax liabilities. In addition, the IRS is not required to release its lien on dischargeable tax liabilities until the earlier of payment of the underlying debt as determined by nonbankruptcy law or a discharge under section 1328. 11 U.S.C. § 1325(a)(5)(B)(i)(l).

9.  If the debtors' property remains property of the estate after confirmation as the plan provides, the debtors are not permitted to sell, lease, or encumber any property without Court authorization in accordance with 11 U.S.C. § 363, and any order confirming the plan should caution the debtors in this regard.

10. Debtors' schedules indicate that they have an insufficient amount of disposable income with which to fund the plan; therefore, the plan is not feasible.

11. Debtors' schedules indicate that they are self-employed; however, debtors' budget fails to provide for estimated tax payments.

1. 12. Debtors do not qualify as Chapter 13 debtors under 11 U.S.C. § 109(e). Debtors unsecured debts exceed the limitation established for unsecured debts.

2. 13. For the reasons stated above, the proposed plan cannot be confirmed.

WHEREFORE, it is prayed that the Court sustain this objection and deny confirmation of the debtors' proposed Chapter 13 Plan.

DATED this  29th  day of March, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

By: /S/ ANNE W. DURNING #009966
ANNE W. DURNING
Special Assist. U.S. Attorney

For information concerning this case, please contact Paralegal Connie M. Willis I.D. No. 359841 of our office at (602) 636-9627.

A copy of the foregoing mailed this
29th day of March, 2011 to:

JOSEPH C. MCDANIEL
Attorney for Debtors
JOSEPH C. MCDANIEL, PC
6245 N. 24TH Parkway, Ste. 112
Phoenix, AZ 85016

RUSSELL BROWN
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965

/S/ CINDY L. HOVE
Cindy L. Hove
Legal Assistant