B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF ARIZONA _____ | PROOF OF CLAIM |

Name of Debtor:
GREGORY ANTHONY & ROXANE RANEE EVANS

Case Number:
2:11-BK-03734-SSC

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Telephone number: 1-800-913-9358          Creditor Number: 10126855

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payments should be sent (if different from above):
Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Telephone Number: 1-800-913-9358

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**      $ 448,681.20

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**           Taxes
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:**   See Attachment

   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**    ☒ Real Estate    ☒ Motor Vehicle    ☒ Other
   **Describe:** *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321*

   **Value of Property:** $_____    **Annual Interest Rate** 3 %

   **Amount of arrearage and other charges as of time case filed included in secured claim,
   if any:** $ 23,173.32           **Basis for perfection:**      See Attachment

   **Amount of Secured Claim:** $ 23,173.32         **Amount Unsecured:** $ 230,743.25

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ 194,764.63

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 03/22/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |

/s/ LINDA KITTRELL,
Bankruptcy Specialist
602-636-9296

Internal Revenue Service
4041 N Central Ave.
M/S MS 5014
Phoenix, AZ 85012-5000

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

EXHIBIT NO. _A_

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 10 Attachment**

In the Matter of: GREGORY ANTHONY & ROXANE RANEE EVANS
15019 S. 6TH PLACE
PHOENIX, AZ 85048

Case Number
2:11-BK-03734-SSC

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
02/15/2011

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-8887 | INCOME | 12/31/2004 | 04/27/2009 | $23,173.32 | $0.00 | $0.00 | 02/08/2010 | MARICOPA COUNTY |

**Total Amount of Secured Claims:** $23,173.32

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-8887 | INCOME | 12/31/2006 | 06/22/2009 | | $32,067.77 | $7,225.01 |
| XXX-XX-8887 | INCOME | 12/31/2007 | 11/03/2008 | | $27,348.00 | $3,683.13 |
| XX-XXX4241 | WT-FICA | 03/31/2008 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2008 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2008 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2008 | NOT FILED | 1 | $100.00 | $0.00 |
| XXX-XX-8887 | INCOME | 12/31/2008 | 07/20/2009 | | $37,719.00 | $2,826.88 |
| XX-XXX4241 | WT-FICA | 03/31/2009 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2009 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2009 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2009 | NOT FILED | 1 | $100.00 | $0.00 |
| XXX-XX-8887 | INCOME | 12/31/2009 | Unassessed-No Return | 2 | $39,604.95 | $1,298.99 |
| XXX-XX-9146 | INCOME | 12/31/2009 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 03/31/2010 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2010 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2010 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2010 | NOT FILED | 1 | $100.00 | $0.00 |
| XXX-XX-8887 | INCOME | 12/31/2010 | Unassessed-No Return | 2 | $41,490.90 | $0.00 |
| XXX-XX-9146 | INCOME | 12/31/2010 | NOT FILED | 1 | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 03/31/2011 | NOT FILED | 1 | $100.00 | $0.00 |
| | | | | | $179,730.62 | $15,034.01 |

**Total Amount of Unsecured Priority Claims:** $194,764.63

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW, THE CLAIM WILL BE AMENDED.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 10 Attachment

In the Matter of: GREGORY ANTHONY & ROXANE RANEE EVANS
15019 S. 6TH PLACE
PHOENIX, AZ 85048

Case Number
2:11-BK-03734-SSC

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
02/15/2011

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-8887 | INCOME | 12/31/2004 | 04/27/2009 | | $107,201.68 | $53,988.98 |
| XX-XXX4241 | WT-FICA | 03/31/2005 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2005 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2005 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2005 | / | NOT FILED | $100.00 | $0.00 |
| XXX-XX-8887 | INCOME | 12/31/2005 | 06/22/2009 | | $18,955.00 | $6,152.53 |
| XX-XXX4241 | WT-FICA | 03/31/2006 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2006 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2006 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2006 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 03/31/2007 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 06/30/2007 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 09/30/2007 | / | NOT FILED | $100.00 | $0.00 |
| XX-XXX4241 | WT-FICA | 12/31/2007 | / | NOT FILED | $100.00 | $0.00 |
| | | | | | $127,356.68 | $60,141.51 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $31,979.49
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $11,265.57

**Total Amount of Unsecured General Claims:** **$230,743.25**

THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW, THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 2:11-BK-03734-SSC | Lien Recorded   : 02/08/2010 - 09:16AM<br>Recording Number: 2010-0104058<br>UCC Number     :<br>Liber          :<br>Page           : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 622187910 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  GREGORY A EVANS

Residence:
  15019 S 6TH PL
  PHOENIX, AZ 85048

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-8887 | 07/28/2008 | 08/27/2018 | |
| 1040 | 12/31/2004 | XXX-XX-8887 | 04/27/2009 | 05/27/2019 | $178,868.24 |

| Filed at: COUNTY RECORDER<br>         MARICOPA COUNTY<br>         PHOENIX, AZ 85003 | Total | $178,868.24 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 29th day of January, 2010.

| Authorizing Official:<br>  VALERIE DANIEL | Title:<br>  INSOLVENCY SPEC       25-99-6603 |
|---|---|