Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re                                                   Chapter 13

                                                        Case No. 11-03734 PHX SSC

GREGORY ANTHONY EVANS,
ROXANE RANEE EVANS


                    Debtor(s).        **TRUSTEE'S MOTION TO DISMISS CASE**
_____|

      Russell Brown, Chapter 13 Trustee, hereby moves to dismiss the case without further notice to the Debtor(s). The Motion to Dismiss is filed for the following indicated reason(s) and served on the parties below:

**XXX**    Pursuant to Rule 1017-1(b), L.R.B.P., either the single Debtor or both Debtors failed to appear at the meeting of creditors or a continued meeting of creditors as required by 11 U.S.C. § 343.

      Pursuant to Rule 1017-1(b), L.R.B.P., Debtor failed to appear at the meeting of creditors or continued meeting of creditors as required by 11 U.S.C. § 343. The joint Debtor spouse appeared at the required meeting and is <u>not</u> to be dismissed for this reason.

      Pursuant to Rule 1017-1(b), L.R.B.P., one or more of the Mailing List, Statement of Financial Affairs, Schedules, or Pay Advices have not been filed by the Debtor(s) as required by 11 U.S.C. § 521, and Rule 1007(b)(1), F.R.B.P.

      Pursuant to Rule 1017-1(b), L.R.B.P., a plan has not been timely filed by the Debtor(s) as required by 11 U.S.C. § 1321, Rule 3015, F.R.B.P., and Rule 2084-8(h), L.R.B.P.


                                                              _____
                                                              Russell Brown, Trustee
                                                              Scott Lieske, Staff Attorney


JOSEPH C. MCDANIEL
JOSEPH C. MCDANIEL, PC
6245 N. 24TH PARKWAY, STE. 112
PHOENIX, AZ   85016-


GREGORY ANTHONY EVANS
ROXANE RANEE EVANS
15019 SOUTH 6TH PLACE
PHOENIX, AZ     85048


Case 2:11-bk-03734-SSC   Doc 32   Filed 04/12/11   Entered 04/12/11 10:49:15   Desc
                     Main Document     Page 1 of 1